UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WALTER ALLEN DUBOSE #116005** | **CIVIL ACTION NO. 25-181 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MARCUS MYERS ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

Before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge (R. Doc. 12). Having reviewed the Objection to the R&R filed by Plaintiff (Doc. 16), and after a de novo review of the record, the Court finds that the Magistrate Judge's findings and recommendation are correct under the applicable law. Accordingly,

**IT IS HEREBY ORDERED** that Claim II is **STRICKEN** and the Complaint (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE** under § 1915 and 1915A.

THUS ORDERED AND SIGNED in Chambers this 13th day of January, 2026.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**